**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | |
|---|---|
| YUN-JUIN HOFFMAN, | |
| Plaintiff, | |
| v. | Action No. 11-cv-1703—AW |
| CHASE BANK, *et al*. | |
| Defendants. | |

\*\*\*\*\*\*
**ORDER**

The Court has been advised by Plaintiff that this case should be dismissed pursuant to Federal Rule of Civil Procedure 41(a) (Doc. No. 19). Accordingly, IT IS this **18th day of August, 2011**, by the United States District Court for the District Court of Maryland, hereby **ORDERED** that:

1. This action is **DISMISSED**;

2. The Clerk of the Court **CLOSE** this case**; AND**

3. The Clerk is directed to transmit a copy of this Order to all parties of record.


/s/
Alexander Williams, Jr.
United States District Judge